# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153772(19)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

TERRY DEJUAN HOLLIS,
       Defendant-Appellant.
_____/

SC: 153772
COA: 329396
Wayne CC: 02-013849-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before May 17, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2017


Clerk